UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-80882-CIV-CANNON/McCabe

**SOUTHERN GOLF CARS, LLC**,

    Plaintiff,

v.

**ADVANTAGE TECHNICAL SERVICES, INC.**,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Magistrate Judge McCabe's Report and Recommendation (the "Report"), issued on October 7, 2025 [ECF No. 18]. The Report recommends that Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim (the "Motion") [ECF No. 13] be denied. No party filed objections to the Report, and the time to do so has expired. Upon review of the Report and the Motion, the Report [ECF No. 18] is **ACCEPTED**, and the Motion [ECF No. 13] is **DENIED** for the reasons stated in the Report.

\*\*\*

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report,

CASE NO. 25-80882-CIV-CANNON/McCabe

the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

Following review, the Court finds no clear error in the well-reasoned Report. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 18] is **ACCEPTED**.

2. The Motion [ECF No. 13] is **DENIED** for the reasons stated in the Report.

3. Scheduling Order to follow.

**ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of February 2026.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record